John A. Hunt, Esq. (NSBN 1888)
Bert Wuester Jr., Esq. (NSBN 5556)
**CLARK HILL, PLLC**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
ph. (702) 862-8300; fax (702) 862-8400
email: jhunt@clarkhill.com
email: bwuester@clarkhill.com
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VERONICA RAMIREZ, an individual,<br><br>     Plaintiff,<br><br>vs.<br><br>STEPHEN A. GEPHARDT, M.D., LTD., d/b/a "NEVADA PAIN CARE," a domestic corporation,<br><br>     Defendant. | Case No:  **2:20-cv-00882-RFB-EJY** |

# JOINT NOTICE OF SETTLEMENT
# &
# ORDER VACATING EARLY NEUTRAL EVALUATION SESSION

**WHEREAS,** Plaintiff, Veronica Ramirez ("Plaintiff"), and Defendant, Stephen A. Gephardt, M.D., LTD, d/b/a "Nevada Pain Care" ("Defendant" or "Nevada Pain Care"), by and through their respective counsel, hereby provide notice that the parties have arrived at a global settlement of this entire action (i.e., Veronica Ramirez vs. Stephen A. Gephardt, M.D., LTD., d/b/a "Nevada Pain Care", case no. 2:20-cv-00882-RFB-EJY).

**WHEREAS**, the parties have exchanged proposed settlement documents and anticipate submitting to this court a proposed stipulation and order for dismissal of the entire

**Clark Hill, PLLC**
3800 Howard Hughes Pkwy.
Suite 500
Las Vegas, Nevada 89189
Ph. (702) 862-8300
Fax (702) 862-8400
www.clarkhill.com

action with prejudice within thirty (30) days.

**WHEREAS**, based on the above, the parties stipulate, agree, and request that the *Order* (document 10) filed July 30, 2020, which set an Early Neutral Evaluation ("ENE") session for October 7, 2020, at 9:30 a.m. before Magistrate Judge Nancy J. Koppe and ordered that written evaluation statements be submitted by 3:00 p.m. on September 30, 2020, shall be deemed withdrawn/vacated and the ENE taken off-calendar.

Respectfully submitted:

**MULLINS & TRENCHAK, ATTORNEYS AT LAW**

By: <u>Philip J. Trenchak</u>     this 30th day of <u>September</u>, 2020.
Philip J. Trenchak, Esq. (NSBN 9924)
1614 South Maryland Parkway
Las Vegas, Nevada 89104
Ph. (702) 778-9444; fax (702) 778-9449
Email: phil@mullinstrenchak.com
Attorneys for Plaintiff

**CLARK HILL, PLLC**

By: <u>John A. Hunt</u>    this 30th day of <u>September</u>, 2020.
John A. Hunt, Esq. (NSBN 1888)
Bert Wuester, Jr., Esq. (NSBN 5556)
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Ph. (702) 862-8300; fax (702) 862-8400
Email: jhunt@clarkhill.com
Email: bwuester@clarkhill.com
Attorneys for Defendant

**IT IS SO ORDERED:**

_____
**U.S. DISTRICT COURT JUDGE**
**DATED:**_____

260926655.1

**Clark Hill, PLLC**
3800 Howard Hughes Pkwy.
Suite 500
Las Vegas, Nevada 89189
Ph. (702) 862-8300
Fax (702) 862-8400
www.clarkhill.com