John A. Hunt, Esq. (NSBN 1888)
Bert Wuester Jr., Esq. (NSBN 5556)
**CLARK HILL, PLLC**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
ph. (702) 862-8300; fax (702) 862-8400
email: jhunt@clarkhill.com
email: bwuester@clarkhill.com
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

VERONICA RAMIREZ, an individual,

    Plaintiff,

    vs.

STEPHEN A. GEPHARDT, M.D., LTD., d/b/a "NEVADA PAIN CARE," a domestic corporation,

    Defendant.

Case No:  **2:20-cv-00882-RFB-EJY**

## STIPULATION AND ORDER
## FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE

**WHEREAS,** Plaintiff, Veronica Ramirez ("Plaintiff") , and Defendant, Stephen A. Gephardt, M.D., LTD, d/b/a "Nevada Pain Care" ("Defendant" or "Nevada Pain

\\\
\\\
\\\
\\\

**Clark Hill, PLLC**
3800 Howard Hughes Pkwy.
Suite 500
Las Vegas, Nevada 89189
Ph. (702) 862-8300
Fax (702) 862-8400
www.clarkhill.com

Page **1** of **2**

Care"), by and through their respective counsel, stipulate and agree that this action (i.e.,

Veronica Ramirez vs. Stephen A. Gephardt, M.D., LTD., d/b/a "Nevada Pain Care", case

no. 2:20-cv-00882-RFB-EJY) be dismissed, with prejudice, in its entirety, with each party

bearing their own costs and attorneys' fees.

Respectfully submitted:

**MULLINS & TRENCHAK, ATTORNEYS AT LAW**

By: //s// Philip J. Trenchak_____ this 30th day of October, 2020.
Philip J. Trenchak, Esq. (NSBN 9924)
1614 South Maryland Parkway
Las Vegas, Nevada 89104
Ph. (702) 778-9444; fax (702) 778-9449
Email: phil@mullinstrenchak.com
Attorneys for Plaintiff

**CLARK HILL, PLLC**

By: //s// John A. Hunt_____ this 30th day of October, 2020.
John A. Hunt, Esq. (NSBN 1888)
Bert Wuester, Jr., Esq. (NSBN 5556)
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Ph. (702) 862-8300; fax (702) 862-8400
Email: jhunt@clarkhill.com
Email: bwuester@clarkhill.com
Attorneys for Defendant

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 3rd day of November, 2020.

260817806.1

**Clark Hill, PLLC**
3800 Howard Hughes Pkwy.
Suite 500
Las Vegas, Nevada 89189
Ph. (702) 862-8300
Fax (702) 862-8400
www.clarkhill.com